**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAHEALANI ELIAS, | 3:16-cv-00327-HDM-VPC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; ROE CORPORATIONS 1-10; and DOES 1-10, inclusive, | |
| Defendants. | |

Before the court is Defendant Geico General Insurance Company's ("Geico") motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (ECF No. 33). Plaintiff responded (ECF No. 36) and Geico replied (ECF No. 37).

The central issue in the motion for summary judgment is the materiality of plaintiff's alleged misrepresentations in the presentation of her claim with Geico. Geico argues that, by making these material misrepresentations, plaintiff breached her obligations under the policy and voided the contract. The court concludes that based on the discovery, questions of fact remain regarding the

1

materiality of the alleged statements that plaintiff made.

Accordingly, **IT IS ORDERED** that Geico's motion for summary judgment (ECF No. 33) is denied.

**IT IS FURTHER ORDERED** that the jury trial in this case is set for December 5, 2017, at 9:00 AM in Reno Courtroom 4.

**IT IS FURTHER ORDERED** that the calendar call is set for November 21, 2017, at 9:30 AM in Reno Courtroom 4.

**IT IS FURTHER ORDERED** that the pretrial order is due by July 6, 2017.

**IT IS FURTHER ORDERED** that proposed voir dire and proposed jury instructions are due by November 28, 2017.

**IT IS FURTHER ORDERED** that motions in limine shall be filed by September 6, 2017.

DATED: This 5th day of June, 2017.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE