**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MAHEALANI ELIAS, | ) | 3:16-cv-00327-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GEICO GENERAL INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

In light of the stipulation of the parties (ECF No. 59) and plaintiff's response indicating she is not seeking future medical damages (ECF No. 72), defendant's motion in limine to exclude future medical expenses (ECF No. 54) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: This 20th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE