PHILIP A. JOHN, ESQ., SBN 10627
GEORGESON ANGARAN, CHTD.
5450 Longley Lane
Reno, Nevada 89511
775.827.6440
775.827.9256 - Fax
philip@renotahoelaw.com

Attorneys for Defendant,
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAHEALANI ELIAS,<br><br>   Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, A Foreign Corporation; ROE CORPORATIONS 1-10; and DOES 1-10, inclusive,<br><br>   Defendants. | Case: 3:16-cv-00327-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>(Removed from District Court, Washoe County, State of Nevada, Case No. CV16-01021, Dept. No. 8) |

   IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their undersigned counsel of record, that the above-entitled action may be dismissed with prejudice, said dismissal to constitute a retraxit, the parties to the dismissal to bear their own costs and attorneys' fees.

///

///

///


GEORGESON
ANGARAN

- 1 -

| | |
|---|---|
| ERWIN & THOMPSON, LLP<br>241 Ridge Street, Suite 210<br>Reno, Nevada 89501<br><br>By _____<br>    Frank W. Thompson, Esq.<br>    Attorneys for Plaintiff<br>    MAHEALANI ELIAS<br><br>Dated: November 14, 2017 | GEORGESON ANGARAN, CHTD.<br>5450 Longley Lane<br>Reno, Nevada 89511<br><br>By _____<br>    Philip A. John, Esq.<br>    Attorneys for Defendant<br>    GEICO GENERAL INSURANCE<br>    COMPANY<br><br>DATED: 11/14/17 |

**IT IS SO ORDERED:**

_____
U. S. DISTRICT JUDGE

Dated: November 14, 2017